608

478 A.2d 83

Darby v. West Moon Township, Appellants.

Argued February 8, 1984. Paul D. Kruper, for appellant; Leonard E. Price, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order affirmed.

478 A.2d 899

Dinicola v. Depaolo, etc., Appellants.
Reargument Denied Aug. 20, 1984.
Petition for Allowance of Appeal
Denied Jan. 17, 1985.

Submitted May 18, 1984.Louis P. Dinicola, appellant, in propria persona;Paul J. Gelman, for Vendetti, appellee, Lawrence L. Kinter, for Depaolo, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.